**The Honorable Rosanna M. Peterson**

William M. Symmes
WITHERSPOON • KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
wms@witherspoonkelley.com
sfc@witherspoonkelley.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER,<br><br>  Plaintiffs,<br><br>  v.<br><br>AKAL GROUP OF COMPANIES, LLC, d/b/a Akal Security, Inc.,<br><br>  Defendant. | No.  2:17-CV-00358-RMP<br><br>DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to FRCP 7.1, the above-named Defendant submits this Rule 7.1 Corporate Disclosure Statement.

Defendant, Akal Group of Companies, LLC ("AGC"), is a New Mexico Limited Liability Company with its principal place of business located in New Mexico.  AGC is 100% wholly-owned by Akal Security, Inc. ("ASI"), a New Mexico corporation also located in New Mexico.  ASI is 100% owned by KIIT Company, Inc., a Nevada corporation, with its principal place of business in New Mexico.

There is no publically traded or parent corporation that owns 10% or more of the stock of KIIT Company, Inc.

RESPECTFULLY SUBMITTED, this 26th day of October, 2017.

      s/ William M. Symmes
WILLIAM M. SYMMES, WSBA #24132
Attorneys for Defendant
WITHERSPOON • KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: 509 6245265
Fax:  (509) 458-2728
Email:  wms@witherspoonkelley.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2017:

1. I electronically filed the foregoing DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

   NONE

2. I caused to be mailed by United States Postal Service the document to the following at the address listed below:

> James H. Hunter
> P.O. Box 1252
> Airway Heights, WA  99001
> *Plaintiff, Pro Se*
>
> Ronald W. Roush
> 6706 S. Fanazick Pl.
> Spokane, WA  99224
> *Plaintiff, Pro Se*

> ____s/ William M. Symmes____
> WILLIAM M. SYMMES, WSBA #24132
> 422 West Riverside Avenue, Suite 1100
> Spokane, Washington 99201-0300
> Phone: 509 6245265
> Email:  wms@witherspoonkelley.com