FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER, <br><br> Plaintiffs, <br><br> v. <br><br> AKAL GROUP OF COMPANIES, LLC, doing business as Akal Security, Inc., <br><br> Defendant. | NO:  2:17-CV-358-RMP <br><br> NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE |

**A.    Telephonic Scheduling Conference**

**PLEASE TAKE NOTICE** that a telephonic scheduling conference will be held on the date and time noted below.  Counsel and pro se parties shall use the following information to participate in the hearing:

> **DATE:  September 10, 2019 at 2:30 p.m.**
> **PHONE NUMBER:   1-888-363-4749**
> **ACCESS CODE:  6699898**

**Speaker phones are not compatible with the Court's sound system and may not be used**.  Please listen carefully and follow the automated instructions so that you will be added to the conference in a timely manner.

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE - 1

1    **B.**    The provisions of Fed. R. Civ. P. 26 apply.  The parties shall confer at

2    least **fourteen (14) days** in advance of the scheduling conference and shall be

3    prepared to discuss at the scheduling conference the following issues:

4        1.    Whether service is complete and, if not, the expected date of

5            completion;

6        2.    Whether jurisdiction, venue, and standing are proper;

7        3.    Whether the parties consent for this matter to be tried before a

8            magistrate judge;

9        4.    The nature and basis of their claims (brief summary);

10        5.    A preferred trial date and estimated length of trial;

11        6.    Anticipated motions;

12        7.    Arrangement for the disclosures required under Fed. R. Civ. P.

13            26(a)(1);

14        8.    A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f).[1]

15    This plan shall include the disclosures required under Rule 26(a)(1)

16    and shall also include a time and platform agreed upon for the exchange

17    of e-discovery, if any;

18        9.    Whether class certification is alleged.  The parties shall include a

19            suggested cut-off date as outlined in Local Rule 23.1;

20    _____

21    [1] The parties are encouraged to use the following link for arriving at interim
deadlines by inserting a proposed trial date:  http://www.waed.uscourts.gov/civil-trial-
dates.

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE - 2

10.    Whether the case involves a beneficial interest claim of a minor or incompetent that requires appointment of a Guardian ad litem;

11.    The appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, to the Judicial Panel on Multi-district Litigation, or application of the procedures included in the Manual for Complex Litigation;

12.    Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding;

13.    Feasibility of bifurcation, or otherwise structuring sequence of the trial;

14.    Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution;

15.    Identification of any issues that should be certified to the state Supreme Court; and

16.    Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

C.    On or before **September 3, 2019**, the parties shall file the following:

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE - 3

1.    **Consent Form:**  The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge.  See 28 U.S.C. § 636 as amended;

2.    **Statement Identifying Corporate Information:**  Any non-governmental corporate party to this action shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.  Counsel have an ongoing responsibility to supplement this information;

3.    **Joint Status Report (Fed. R. Civ. P. 26(f)):**  The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** August 1, 2019.

SEAN F. McAVOY
DISTRICT COURT CLERK

_s/Michelle M. Fox_
MICHELLE M. FOX
Deputy Clerk

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE - 4