FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AKAL GROUP OF COMPANIES, LLC, doing business as Akal Security, Inc.,<br><br>　　　　　　　　Defendant. | NO: 2:17-CV-358-RMP<br><br>ORDER REFERRING MATTER TO MAGISTRATE JUDGE RODGERS |

On September 10, 2019, the parties appeared before the Court telephonically for a scheduling conference. Plaintiffs Ronald W. Roush and James H. Hunter appeared *pro se*. Haley F. Gregory, Stanley F. Corbit, and Keith C. Mier appeared for Defendant Akal Group of Companies, LLC.

The parties indicated to the Court that they would like Plaintiffs' Motion to Compel Discovery, ECF No. 57, to be referred to United States Magistrate Judge John T. Rodgers for resolution, as well as have the case referred to Judge Rodgers for settlement discussions.

ORDER REFERRING MATTER TO MAGISTRATE JUDGE RODGERS ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is referred to Magistrate Judge John T. Rodgers to resolve Plaintiffs' Motion to Compel Discovery, ECF No. 57, and to conduct a settlement conference.

2. Magistrate Judge Rodgers' chambers will arrange a telephone conference with counsel as soon as practicable after the date of this Order, taking into consideration the scheduling demands of the Court and the needs of the parties. The procedural and filing requirements relating to the conference also will be outlined during the telephone conference.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** September 10, 2019.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge

ORDER REFERRING MATTER TO MAGISTRATE JUDGE RODGERS ~ 2