FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AKAL GROUP OF COMPANIES, LLC, doing business as, AKAL SECURITY, INC.,<br><br>　　　　Defendant. | No. 2:17-CV-0358-RMP<br><br>ORDER DENYING, AS MOOT, PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

**BEFORE THE COURT** is Plaintiffs' motion to compel discovery responsive to Plaintiffs' July 17, 2018 second set of requests for production of documents. ECF No. 57. The Honorable Rosanna Malouf Peterson referred the instant discovery motion to the undersigned for resolution. ECF No. 69.

The parties have met and conferred and submitted a proposed protective order to govern all discovery materials in this matter. The protective order has been accepted by the Court and filed. *See* ECF No. 75. Defendant, through counsel, has indicated it does not object to providing the discovery materials requested in Plaintiffs' second set of requests for production of documents with the entry of the aforementioned protective order.

ORDER - 1

1
2          Accordingly, **IT IS HEREBY ORDERED** Plaintiffs' Second Motion to
    Compel Production of Documents, **ECF No. 57**, is **DENIED as moot.**
3          **IT IS SO ORDERED.**
4          DATED November 4, 2019.
5
6                     _____
7                                              JOHN T. RODGERS
                                    UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2