The Honorable Rosanna M. Peterson

William M. Symmes
WITHERSPOON • KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:  (509) 458-2728
wms@witherspoonkelley.com

Timothy M. Threadgill, Esq.
Haley F. Gregory, Esq.
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
tim.threadgill@butlersnow.com
haley.gregory@butlersnow.com

Keith C. Mier
BUTLER SNOW LLP
2155 Louisiana Blvd. NE, Suite 10400
Albuquerque, NM  87110
Telephone:  (505) 545-6065
Facsimile:  (505) 545-6101
Keith.Mier@butlersnow.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER,<br><br>Plaintiffs,<br><br>v.<br><br>AKAL SECURITY, INC.<br><br>Defendant. | No. 2:17-CV-00358-RMP<br><br>**STIPULATED MOTION TO AUGMENT BRIEFING SCHEDULE**<br><br>**March 20, 2020 at 6:00 p.m.**<br>**Without Oral Argument** |

        Defendant Akal Security, Inc. ("Akal") and Plaintiffs, Ronald W. Roush and

James H. Hunter, file this stipulated motion to augment briefing schedule related to

Plaintiffs' motion for partial summary judgment.

STIPULATED MOTION TO AUGMENT BRIEFING
SCHEDULE - 1

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1.      On February 12, 2020, the Plaintiffs filed a Stipulated Motion to Augment Briefing Schedule related to Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Claim of Appropriation. (ECF No. 95)

2.      The Stipulated Motion requested that the Court augment the briefing scheduling to allow Plaintiffs' depositions to be taken prior to Akal's response to Plaintiffs' Motion for Summary Judgment.

3.      The Court granted the Stipulated Motion by TEXT-ONLY Order on February 12, 2020. (ECF No. 96)

4.      In late February, the first reported cases of COVID-19 in the United States were confirmed in Washington State.

5.      Nevertheless, to try to keep the schedule in this case on track, on March 9, 2020, counsel for Akal traveled from Mississippi to Washington to conduct Plaintiffs' depositions.

6.      On March 11 and 12, 2020, Akal's counsel deposed Plaintiffs.

7.      The court reporter has informed Akal that the nation-wide spread of COVID-19, the burden to adapt to new restrictions imposed to slow the spread of the virus, and the press of other business have prevented the completion of Plaintiffs' deposition transcripts. Just yesterday, the court reporting service advised that "with everyone trying to work remotely things just aren't running as smoothly as [they] would like, this is not an excuse, just unfortunately the truth."

STIPULATED MOTION TO AUGMENT BRIEFING
SCHEDULE - 2

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

8.      Akal needs the Plaintiffs' deposition transcripts to properly respond to Plaintiffs' Motion for Partial Summary Judgment.

9.      Additionally, counsel for Akal has been inundated with requests from employer-clients issues related to COVID-19 and the Families First Coronavirus Response Act, which became law just two days ago (e.g., layoffs, furloughs, leaves of absence and adjusting to telework environments). Further, the undersigned is working away from his office under a telework mandate, further slowing the completion of a response once the deposition transcripts are received.

10.     Akal and the Plaintiffs agree that in light of the issues discussed here the briefing schedule relative to Plaintiffs' Motion should be augmented.

11.     The motion deadline is still over seven weeks away (i.e., May 8, 2020), and the trial date is not scheduled until October 5, 2020. Thus, this motion will not delay this case.

12.     For these reasons, the Parties file this stipulated request that the deadlines for Plaintiffs' Motion for Partial Summary Judgment be amended as follows:

   a. Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment shall be filed **not later than 7 days** after receipt of Plaintiffs' deposition transcripts.[1]

---

[1]    If the Court prefers to select a date certain, we anticipate having the transcripts from the court reporter no later than April 3, and hopefully sooner.

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

b.  Plaintiffs' reply to Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment shall be filed **within twenty-one days** of the filing of Defendant's Response.

13.  The parties have conferred and stipulate to the relief requested in this Motion.

14.  This request is not interposed to cause delay, and it will not prejudice the rights of any party to this action.

For these reasons, Defendant Akal Security, Inc. and Plaintiffs, Ronald W. Roush and James H. Hunter, respectfully request that their Stipulated Motion to Augment Briefing Schedule be granted.

RESPECTFULLY SUBMITTED, this 20th day of March, 2020.

WITHERSPOON • KELLEY

_____s/ William M. Symmes_____
WILLIAM  M. SYMMES, WSBA #24132
422 West Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300
Phone: (509) 624-5265
Fax:  (509) 458-2728
Email:  wms@witherspoonkelley.com

BUTLER SNOW LLP

_____s/ Timothy M. Threadgill_____
Timothy M. Threadgill
Haley F. Gregory
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39158
Telephone:  (601) 985-4458

STIPULATED MOTION TO AUGMENT BRIEFING
SCHEDULE - 4

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Facsimile:    (601) 985-4500
Email:  Tim.Threadgill@butlersnow.com
Email:  Haley.Gregory@butlersnow.com

Keith C. Mier
2155 Louisiana Blvd. NE, Suite 10400
Albuquerque, NM  87110
Telephone:   (505) 545-6065
Facsimile:    (505) 545-6101
Email:  Keith.Mier@butlersnow.com

*Attorneys for Defendant*


_____s/ Ronald W. Roush_____
Ronald W. Roush
6706 S. Fanazick Pl.
Spokane, WA 99224
(509) 230-7424
r_w_roush@msn.com

_____s/ James H. Hunter_____
James H. Hunter
P.O. Box 1252
Airway Heights, WA 99001
(509) 230-7424
tigerex@gmx.net

*Pro Se Plaintiffs*

STIPULATED MOTION TO AUGMENT BRIEFING
SCHEDULE - 5

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2020:

1.      I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James H. Hunter at james.hunter@avsec-sme.com
*Plaintiff, Pro Se*

Ronald W. Roush at ron.roush@avsec-sme.com
*Plaintiff, Pro Se*

Timothy M. Threadgill at tim.threadgill@butlersnow.com
*Attorney for Defendant*

Haley F. Gregory at haley.gregory@butlersnow.com
*Attorney for Defendant*

Keith C. Mier at keith.mier@butlersnow.com
*Attorney for Defendant*

Stanley F. Corbit at sfc@witherspoonkelley.com
*Attorney for Defendant*

2.      I caused to be mailed by United States Postal Service the document to the following at the address listed below:

NONE

s/Timothy M. Threadgill
Timothy M. Threadgill, Esq.
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
tim.threadgill@butlersnow.com

STIPULATED MOTION TO AUGMENT BRIEFING
SCHEDULE - 6

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265