AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 09, 2020**

SEAN F. McAVOY, CLERK

RONALD W. ROUSH and JAMES H. HUNTER,

*Plaintiffs*

v.

AKAL SECURITY, INC,

*Defendant*

Civil Action No.   2:17-CV-358-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiffs' Motion for Partial Summary Judgment (ECF No. 86) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 113) is GRANTED.
Judgment is entered for Defendant Akal on all claims raised by Plaintiffs' First Amended Complaint (ECF No. 20).
The parties' Stipulated Voluntary Dismissal of Counterclaims (ECF No. 132) is GRANTED.
Defendant's remaining counterclaims of abuse of process and civil conspiracy are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on
Plaintiffs' Motion for Partial Summary Judgment (ECF No. 86), Defendant's Motion for Summary Judgment (ECF No. 113), and parties' Stipulated Voluntary Dismissal of Counterclaims (ECF No. 132).

Date:  10/9/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams